**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COLLEEN MOFFITT, | : | No. 517 MAL 2023 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| CHRIS MILLER, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 9th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.